
FILED
October 5, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00464-CV
7222978
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 10:42:59 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00464-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 10:42:59 AM
JEFFREY D. KYLE
Clerk

_____

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v.

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellees

---

### APPELLEES' AGREED MOTION TO EXTEND DEADLINE TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Victor Antolik, Dennis Antolik, and Cheval Manor, Inc. ("Appellees") file this agreed motion to extend their deadline to file Appellees' brief.

This is an interlocutory appeal of a temporary injunction. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). Under Texas Rule of Appellate Procedure ("TRAP") 28.1, interlocutory appeals allowed by statute are deemed accelerated appeals. Under TRAP 38.6 and Local Appellate Rule 57, the deadline to file the

8590-02/00537370.000

1

appellee's brief in an accelerated appeal is twenty (20) days after the filing of the appellant's brief. Hence, Appellees' brief is due by October 6, 2015, which is twenty (20) days after Appellants Victory Cheval Holdings, LLC, Garrett Jennings, and Castle Crown Management, LLC ("Appellants") filed their brief on September 16, 2015 after receiving an extension from this Court.

On September 28, 2015, Appellants' counsel agreed to extend Appellees' deadline to file their brief until October 20, 2015. The following day, the parties attended mediation. Although no settlement was reached, the parties have agreed on a general framework that they hope will result in a final resolution of all disputes between the parties, including this appeal. The parties are continuing to negotiate the final points of an agreement, and, in the meantime, they have agreed to continue the hearing on their cross-motions for contempt and have requested an extension of their deadline to file supplemental clerk's and reporter's records with this Court. An extension of Appellee's briefing deadline will save Appellees time and expense preparing a brief that they hope will be unnecessary once the parties' settlement is finalized.

## PRAYER

Accordingly, Appellees Victor Antolik, Dennis Antolik, and Cheval Manor, Inc. respectfully request that the Court extend their deadline to file Appellees' brief until October 20, 2015.

8590-02/00537370.000

2

Respectfully submitted,

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP

By: */s/ Cleveland R. Burke*
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)
    mtaylor@taubesummers.com
    cburke@taubesummers.com

ATTORNEYS FOR APPELLEES
DENNIS ANTOLIK AND
CHEVAL MANOR, INC.

And

By: */s/ Jack P. Bacon*
    JACK P. BACON
    State Bar No. 01494400
    3839 Bee Caves Road, Suite 100
    Austin, Texas 78746
    (512) 914-8619
    (512) 480-8170 (FAX)
    hotbacon@me.com

ATTORNEY FOR APPELLEE
VICTOR ANTOLIK

## CERTIFICATE OF CONFERENCE

I hereby certify that, on September 28, 2015, Appellees' attorney Mark Taylor conferred via email with Appellants' attorneys Kemp Gorthey and Peyton Smith. Mr. Gorthey agreed to the relief sought in this motion on behalf of Appellants.

*/s/ Cleveland R. Burke*
Cleveland R. Burke

## CERTIFICATE OF SERVICE

I hereby certify that the counsel listed below were served with a true and correct copy of the foregoing motion via eFile.TXCourts.gov on October 5, 2015:

Kemp Gorthey
The Gorthey Law Firm
604 W. 12th Street
Austin, Texas 78701
kemp@gortheylaw.com
*Counsel for Appellants Garrett Jennings*
*and Castle Crown Management, LLC*

Donald R. Taylor
Isabelle M. Antongiorgi
Taylor, Dunham & Rodriguez, LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
dtaylor@taylordunham.com
ima@taylordunham.com
*Former counsel for Appellee*
*Victor Antolik*

Peyton N. Smith
Brian L. King
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, Texas 78701
psmith@reedscardino.com
bking@reedscardino.com
*Counsel for Appellant*
*Victory Cheval Holdings, LLC*

*/s/ Cleveland R. Burke*
Cleveland R. Burke